UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
                                FILED
                             July 11, 2008
                          CLERK, US DISTRICT COURT
                          EASTERN DISTRICT OF
                               CALIFORNIA
                             DEPUTY CLERK
```

**JUDGMENT IN A CIVIL CASE**

SAID SHAFIK,

    Plaintiff,        CIV S-08-1190 FCD EFB

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

IT IS ORDERED AND ADJUDGED:

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE OFFER OF JUDGMENT, AND NOTICE OF ACCEPTANCE OF OFFER BY PLAINTIFF, FILED WITH THE COURT ON JULY 11, 2008.**

        Victoria C. Minor,
        Clerk of the Court

ENTERED:   July 11, 2008

        by:_____/s/_____
        Michele Krueger,
        Courtroom Deputy