UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 14, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**AMENDED JUDGMENT IN A CIVIL CASE**

SAID SHAFIK,

    Plaintiff,        CIV S-08-1190 FCD EFB

    v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.


IT IS ORDERED AND ADJUDGED:

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE OFFER OF JUDGMENT, AND NOTICE OF ACCEPTANCE OF OFFER BY PLAINTIFF, FILED WITH THE COURT ON JULY 14, 2008.**


    Victoria C. Minor,
    Clerk of the Court

ENTERED:  July 14, 2008

    by:_____/s/_____
      Michele Krueger,
      Courtroom Deputy